UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60273-CR-HUCK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

TACAVEON TRAVON CARSON,

      Defendant.

_____/

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant, Tacaveon Travon Carson, through undersigned counsel, respectfully requests that the Court modify the conditions of his release to no longer include home confinement and set a curfew.  In support thereof he states:

1.     Mr. Carson was charged by indictment with Conspiracy to Commit Bank Fraud and Wire Fraud (18 U.S.C. § 1349); Bank Fraud (18 U.S.C. § 1344); and Aggravated Identity Theft (18 U.S.C. § 1028A(a)(1).)

2.     Mr. Carson made his initial appearance on November 20, 2025.  He had his detention hearing on November 25, 2025 and was released on a $100,000 5% bond with *Nebbia*. One of the conditions of his release was home confinement.

3.     On March 19, 2026, Mr. Carson pled guilty to Counts 1 and 31 of the indictment. Count One charges conspiracy to commit bank fraud and wire fraud, in violation of 18 U.S.C. § 1349, and Count 31 charges aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1).

1

4.      The undersigned has spoken with United States Probation Officer Jason Roberts who advised that Mr. Carson has been in full compliance with the conditions of his release and that Officer Roberts has no objection to the removal of the special condition of home confinement and the imposition of a curfew from the hours of 10:00 p.m. to 10:00 a.m., or as directed by his supervising United States Probation Officer. Mr. Carson seeks such a modification, as it would enable him to spend additional time outside the home with his son and, amongst other things, take his son to and from daycare.

5.      The undersigned has also conferred with Assistant United States Attorney David Snider who advised the Government does not object to the relief sought in this motion.

WHEREFORE, Tacaveon Travon Carson, respectfully requests that the Court modify the conditions of his release to no longer include home confinement and impose a curfew from 10:00 p.m. to 10:00 a.m., or as directed by his supervising United States Probation Officer.

Respectfully submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

BY:     s/*Ian McDonald*
Ian McDonald
Assistant Federal Public Defender
Special A No. A5502117
150 West Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel:   305-530-7000
E-Mail Address: Ian_McDonald@fd.org

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that on **May 6, 2026,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Ian McDonald*
Ian McDonald
