UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60273-CR-HUCK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

TACAVEON TRAVON CARSON,

       Defendant.

_____/

## [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

This cause is before the court on Defendant's Unopposed Motion to Modify Conditions of Release (ECF No. 205).  The Court having reviewed said motion and being fully advised as to its premises, it is:

ORDERED AND ADJUDGED that the Motion is **GRANTED**.  Mr. Carson's bond is hereby modified to no longer require home confinement.  Further, Mr. Carson shall be under curfew from 10:00 p.m. to 10:00 a.m., or as directed by his supervising United States Probation Officer.  All other conditions of pre-trial release shall remain as originally set by the Court.

DONE AND ORDERED in Chambers at Miami, Florida this _____ day of May, 2026.

_____
**HON. PAUL C. HUCK**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of Record
       U.S. Probation