UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60273-CR-HUCK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

TACAVEON TRAVON CARSON,

       Defendant.

_____/

**DEFENDANT'S NOTICE OF FILING**
**SENTENCING LETTERS OF SUPPORT**

The Defendant, Tacaveon Travon Carson through undersigned counsel, gives

notice of filing the attached letters of support of sentencing.

Respectfully submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

BY:   s/*Ian McDonald*
      Ian McDonald
      Assistant Federal Public Defender
      Special A No. A5502117
      150 West Flagler Street, Suite 1700
      Miami, Florida 33130-1556
      Tel:  305-530-7000
      E-Mail Address: Ian_McDonald@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **June 9, 2026,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/Ian McDonald*
Ian McDonald

2