Your Honor,

My name is Nbeehma Farrier, and I am writing this letter as a character reference for Tacawean Carson. I have known him approximately three years and during that time I've had the opportunity to observe his character and the way he carries himself in his daily life.

In my experience, Tacawean is a caring and involved father who takes his responsibilities seriously. He consistently provides for his son and makes sure his childs needs are met. I have personally seen him prioritize his role as a parent, whether that means working to provide, being emotionally present, or making decisions with his childs well-being in mind. His son is extremely important to him, and he demonstrates that through his actions.

Beyond his role as a father, I've known him to be respectful and supportive to those around him. He has shown effort towards personal growth and maturity, and I believe he has the ability to continue making positive decisions moving forward.

I understand the seriousness of this matter and do not intend to minimize it in any way. I simply wanted to share my honest perspective of his character, particularly the responsibility and care he shows as a father.

Thank you for your time and consideration.

Respectfully,
Nbeehma Farrier

Dear Judge Huck,

I am writing to provide a character reference for my cousin, Tacaveon Carson. Having grown up together in a close-knit and supportive family, I have had the privilege of witnessing his growth into a man of strong morals, compassion, and ambition.

Tacaveon has always been a laid back, kind hearted, and selfless individual. He is deeply devoted to his family and friends and consistently prioritizes the well being of others. Since the birth of his son TJ, Tacaveon has demonstrated what it truly means to be an exceptional father. He is fully committed to protecting, guiding, and nurturing his child, and the bond they share is both genuine and inspiring. Being a present and active father brings his greatest sense of purpose and joy.

Beyond his role as a parent, Tacaveon is always willing to be a shoulder to lean on, offering encouragement, understanding, and support. Whether it is providing food, shelter, emotional support, or simply being there when someone needs reassurance, Tacaveon consistently shows for others with sincerity and compassion.

Sincerly,
Charnika Mobley

Dear Judge,

My name is Jana Mallory, and I am the cousin of Tacavion Carson. I have known him his entire life. I am writing to respectfully share my perspective on Tacavion Carson character as you consider this matter before the court. I understand the seriousness of this situation and do not wish to minimize it. However, I would like the court to know the Tacavion, I have known for many years. Tacavion is a great person who is respectful and generous to many people. He has always been someone our family can depend on when needed. He was never a trouble kid growing up, and out of all of his siblings, I can remember him being the most responsible one even to this day. He has grown to be a standup guy, who demonstrates nothing but integrity, kindness, love, and support. For an example, during the passing of my brother it was one of the hardest times of my life. Tacavion would call me and check up on me during the time when I needed family the most, which meant more to me than words could explain. I also commend him on the amount of love he has shown his nieces and nephews, who look up to him because of the time he's spent with them. I have seen him grow even more since he became a father to his little boy. Fatherhood has made him more responsible and focused. He is a loving and devoted father who wants to be a positive example for his son, I know he has shown remorse for his action and I truly believe he has learned from his situation and wants to do better. He is someone who values family, loyalty, and responsibility, as a provider/caregiver for his child. His absence will significantly impact the wellbeing of his child. I respectfully ask the court to consider  Tacavion Carson's character, history, and effort towards growth when determining the appropriate outcome.


Thank you!

Eric Rogers

Dear Your Honor,

My name is Eric Rogers, and I am writing this letter in support of Tacaveon Carson, who I have known for 14 years as a family friend. I understand the seriousness of these proceedings, and I respectfully submit this letter to share my personal observations of Tacaveon's character, his role as a father, and the positive impact he has had on those around him.

Tacaveon is the type of person who consistently shows up for others. Over the years, I have seen him put people before himself, whether it's helping family and friends when they are short on resources, stepping in when someone needs a ride, lending a hand with work, or simply taking time to check on someone who is going through a hard moment. He does not help people for attention; he does it because he genuinely cares. In a world where many people look the other way, Tacaveon has always been willing to step forward. Most importantly, Tacaveon is an amazing father to his young son. I have personally witnessed the love, patience, and dedication he has as a parent. He is present, involved, and protective in the ways that matter, making sure his son is cared for, guided, and supported. He speaks to his son with respect, teaches him right from wrong, and tries to set the example of what a responsible man should be. No one can change the fact that a mistake was made, but I strongly believe his son still needs his father's steady presence, encouragement, and love.

I am not writing to excuse any wrongdoing, and I understand that accountability matters. At the same time, I believe it is equally important that a single mistake does not define a person's entire life or character. No one is perfect. We all make mistakes. The mistake Tacaveon made should not define who he is overall. The Tacaveon I know is not a danger to others, instead he is a caring friend, a committed father, and someone who has real potential to move forward in a better direction.

Your Honor, our family respectfully asks for leniency in Tacaveon's sentencing. I ask that you consider the full picture of who he is, the responsibilities he carries as a father, and the support system he has around him. I truly believe Tacaveon is capable of learning from this experience, continuing to grow, and becoming an even stronger man for his child and for his community. Thank you for your time and consideration.

Respectfully,

Eric Rogers

11:44

TACAVEON's letter                     Done

Willinda A. Curtis-Roberts

██████████████████

██████████████████

████████████████████.

███████████

February 23, 2026

RE: Character Reference for Tacaveon Carson

Dear Judge

I am writing this letter in support of Tacaveon Carson who is currently before your court.  I have known Tacaveon since birth.  As an older cousin, he addresses me as an aunt and I am honored to provide this character reference on his behalf.

During the time that I have known Tacaveon, I have always known him to be a person of good moral character.  He consistently demonstrates integrity, responsibility, humble and kindness.  Specifically most recently becoming a father!  I have observed Tacaveon evolved into a more responsible young man while nurturing his son to becoming a productive citizen.

I am aware of the charges that have been filed against Tacaveon Carson, and I do not wish to downplay the gravity of the situation.  However, I firmly believe that this incident is not reflective of Tacaveon's true character.  Tacaveon has expressed a deep sense of remorse for the situation, and I am confident that he has learned a valuable lesson from this experience.  I believe that he will continue to be a positive influence in the lives of those around him and will not find himself in a similar situation again.

In conclusion, I respectfully request that you take this letter into consideration when determining Tacaveon's case. I believe that he is a person of integrity who made a mistake and deserves an opportunity to demonstrate his true character.

Thank you for your time and consideration.  If you require further information please do not hesitate to contact me.

Humbly Submitted

Willinda A. Curtis-Roberts



February 18th, 2026

Re: To whom it may concern:

Dear Judge,

I respectfully submit this letter on behalf of Tacaveon Carson for your consideration.

I am the mother of his nephews, and I have personally witnessed the important and positive role he plays in my sons' lives. Over the years, he has been a consistent, dependable, and caring presence for them.

There have been times when their father, who is Tacaveon's brother, was unable to be there for them. During those times, Tacaveon stepped in without hesitation. He provided emotional support, guidance, stability and has shown up for events when my boys needed it most. He did not treat this as an obligation, but as a responsibility to his family.

In addition to being emotionally present, he has also helped financially support my sons when needed. His willingness to assist in providing for them demonstrates his generosity and commitment to their well-being.

It is important for the Court to know that Tacaveon actively encourages my sons to learn from his past mistakes and make better choices than he did. He speaks openly and honestly with them about the consequences of poor decisions and stresses the importance of education, responsibility, and living a lawful life. Rather than hiding from his past, he uses it as a lesson to guide them toward a better future. That honesty and growth is making a meaningful difference in their lives.

My sons look up to him and respect him. He has been a steady, positive influence and an example of accountability and family dedication.

I respectfully ask the Court to consider the positive influence Tacaveon has on my children and the significant role he plays in our family dynamic when determining an appropriate sentence. I truly believe he is capable of continued growth and of remaining a constructive, supportive presence in his nephews' lives.

Thank you for your time and consideration.

Respectfully,

Adria Glinton

January 31st 2026

To whom it may concern,

I am writing this letter in support of Tacaveon Carson, whom I have known for 3 years. My name is Chrissy Duran and I am a family friend. I offer this letter as a sincere character reference and with great respect for the Court. During the time I have known Tacaveon he has consistently demonstrated that he is a devoted, family-oriented individual and a loving father. His son and family are the center of his life, and he places their well-being above all else. He is actively involved in his son's life and works hard to provide him with stability, guidance, and emotional support. I have personally witnessed Tacaveon care for his son and have seen first-hand the unconditional love he has for him and the bond they share. In the time I have known Tacaveon, he has always been a well-mannered individual who has shown me and my children nothing but kindness and respect.

Tacaveon has also expressed sincere remorse regarding the circumstances that have brought him before the Court. He has taken time to reflect on his actions and understands the impact they have had on his family and others. I genuinely believe that he is committed to learning from this experience and making positive changes, not only for himself but for the sake of his son and family. While I understand the seriousness of the matter before the Court, I respectfully ask that you consider Tacaveon's overall character, his strong family values, his remorse, and the important role he plays as a father when making your decision. Thank you for your time and consideration.

Sincerely,

Chrissy Duran

My name is Sarah Epps, and writing to you on behalf of Tacaveon Carson. I am an older woman, a grandmother, and someone who has had the opportunity to observe him over time through my grandson's life and their relationship. I felt compelled to speak on his behalf because I believe people deserve to be seen not only for their mistakes, but for their character and their potential. In the time I have known him, I have found him to be respectful in my home, and mindful of how he carries himself around family. He speaks with kindness, listen when spoken to, and conducts himself in a way that reflects good upbringing. I have learned over the years that these small actions reveal a person's true character. I have seen that he cares deeply about the people in his life. While none of us are perfect, I truly believe he is capable of growth and making better choices moving forward. Difficult moments often shape us, and I believe he has potential to learn from this experience and become more responsible. It is my sincere hope that you will consider his character and his ability to move forward in a positive and productive way. Thank you for your time and consideration.