UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60273-CR-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TACAVEON TRAVON CARSON,

        Defendant.

_____/

## UNOPPOSED MOTION TO EXTEND SELF-SURRENDER DATE

Defendant, Tacaveon Travon Carson, through undersigned counsel, respectfully requests a 2-day extension of his self-surrender to the Bureau of Prisons, which is presently scheduled for August 1, 2026.  As grounds for this Motion, Mr. Carson states as follows:

1. Mr. Carson was charged by indictment with Conspiracy to Commit Bank Fraud and Wire Fraud (18 U.S.C. § 1349); Bank Fraud (18 U.S.C. § 1344); and Aggravated Identity Theft (18 U.S.C. § 1028A(a)(1).)

2. On June 12, 2026, Mr. Carson was sentenced to 74 months in prison and ordered to self-surrender to the Bureau of Prisons by August 1, 2026. (ECF No. 250).

3. Mr. Carson's surrender date of August 1, 2026 falls on a Saturday.  It is Mr. Carson's understanding that he is only permitted to self-surrender on weekdays.  As such, he respectfully requests that the surrender date be changed to the next business day which would be Monday, August 3, 2026.

1

4.      The undersigned has conferred with Assistant United States Attorney David Snider who advised the Government does not object to the relief sought in this motion.

WHEREFORE, Tacaveon Travon Carson, respectfully requests that his self-surrender date be changed/extended to August 3, 2026.

Respectfully submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

BY:    s/*Ian McDonald*
Ian McDonald
Assistant Federal Public Defender
Special A No. A5502117
150 West Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel:   305-530-7000
E-Mail Address: Ian_McDonald@fd.org

2

## CERTIFICATE OF SERVICE

I HEREBY certify that on **July 9, 2026,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Ian McDonald*
Ian McDonald