UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60273-CR-HUCK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

TACAVEON TRAVON CARSON,

       Defendant.

_____/

## [PROPOSED] ORDER GRANTING
## MOTION TO EXTEND SURRENDER DATE

THIS CAUSE  is before the court on Defendant's Unopposed Motion to Extend Self Surrender Date (ECF No. 257).  The Court having reviewed said motion and being fully advised as to its premises, it is:

ORDERED AND ADJUDGED that the Motion is **GRANTED**.  Mr. Carson is hereby ordered to surrender to the Bureau of Prisons or United States Marshal Service on or before **12:00 p.m. on Monday, August 3, 2026**.  All other terms and conditions contained in the Judgment entered in this case shall remain the same.

DONE AND ORDERED in Chambers at Miami, Florida this _____ day of July, 2026.

_____
**HON. PAUL C. HUCK**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of Record
       U.S. Probation