UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

UNITED STATES OF AMERICA
        Plaintiff,

vs

_____/
        Defendant

## MOTION FOR DISBURSEMENT OF BOND

Comes now the undersigned and respectfully states to this Honorable Court that the above named

defendant has complied with all conditions of the appearance bond in this case, and it is therefore

requested that the defendant's case bail heretofore posted by _____

in the amount of $_____ plus any accrued interest be refunded to:

_____
(Name of Payee.  Do NOT include a Mailing address.  A notarized assignment is requested if the payee is
different from the person posting bond.)

(The above payee must complete form AO 213P or if the payee is a nonresident alien individual, they
must complete IRS Form W-8BEN, either of which may be obtained from the Clerk's Office
Financial Section. The completed form should be provided to the Financial Section, but not filed in the
Court file).

**Ian McDonald, Assistant Federal Public Defender**
_____
(Petitioner or Attorney)

Consented to by:

_____, Assistant U.S. Attorney

## ORDER

In consideration of the forgoing motion, it is thereupon

ORDERED that the Clerk of this Court forthwith make the above-mentioned disbursement.

DONE AND ORDERED at _____, Florida, this _____ day of

_____, 20_____.

_____
UNITED STATES DISTRICT JUDGE

c:      U.S. Attorney
        Petitioner/Counsel of Record
        Financial Deputy Clerk