UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:25-cr-60273-PCH

UNITED STATES OF AMERICA
          Plaintiff,

vs

TACAVEON TRAVON CARSON
                                        /
          Defendant

## MOTION FOR DISBURSEMENT OF BOND

Comes now the undersigned and respectfully states to this Honorable Court that the above named defendant has complied with all conditions of the appearance bond in this case, and it is therefore requested that the defendant's case bail heretofore posted by Melissa Mallory

in the amount of $ 5,000.00 plus any accrued interest be refunded to:

MELISSA MALLORY

(Name of Payee.  Do NOT include a Mailing address.  A notarized assignment is requested if the payee is different from the person posting bond.)

(The above payee must complete form AO 213P or if the payee is a nonresident alien individual, they must complete IRS Form W-8BEN, either of which may be obtained from the Clerk's Office Financial Section. The completed form should be provided to the Financial Section, but not filed in the Court file).

**Ian McDonald, Assistant Federal Public Defender**
(Petitioner or Attorney

Consented to by:

David Snider, Assistant U.S. Attorney

## ORDER

In consideration of the forgoing motion, it is thereupon

ORDERED that the Clerk of this Court forthwith make the above-mentioned disbursement.

DONE AND ORDERED at Miami, Florida, this 14th day of August, 2026.

UNITED STATES DISTRICT JUDGE

c:     U.S. Attorney
       Petitioner/Counsel of Record
       Financial Deputy Clerk